FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

Desmond A. Albright
(Enter above the full name of the plaintiff in this action)

COMPLAINT

v.

National Aeronautical Space Administration
Federal Aviation Administration
Space X
(Enter the full name of the defendant of defendants in this action)

Civil Action No. _____
(To be supplied by the Clerk of the Court)

Case: 1:25-cv-02064
Assigned To : Unassigned
Assign. Date : 6/25/2025
Description: Pro Se Gen. Civ. (F-DECK)

## INSTRUCTIONS READ CAREFULLY

1. This complaint must be legibly handwritten or typewritten, signed by the plaintiff and subscribed to under penalty of perjury as being true and correct. All questions must be answered concisely in the proper space on the form. Where more space is needed to answer any question, attach a separate sheet.

2. In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3. You must provide the full name of each defendant or defendants and where they can be found.

4. You must send the original and one copy of the complaint to the Clerk of the District Court. You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5. Upon receipt of a fee of $405.00 (a filing fee of $350.00, and an administrative fee of $55.00), your complaint will be filed. You will be responsible for service of a separate summons and copy of the complaint on each defendant. See Rule 4, Federal Rule of Civil Procedure.

6. If you cannot prepay the $405.00 fee, you may request permission to proceed in forma pauperis in accordance with the procedures set forth in the application to proceed in forma pauperis. See 28 U.S.C. §1915. (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

RECEIVED
Mailroom
JUN 25 2025
Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

7.  If you are given permission to proceed in forma pauperis, the $55.00 Administrative Fee will not be assessed. The Clerk will prepare and issue a copy of the summons for each defendant. The copies of summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a. Jurisdiction is asserted pursuant to (CHECK ONE)

  ___ 42 U.S.C. §1983 (applies to state prisoners)

  ___ Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

  If you want to assert jurisdiction under different or additional statutes, list these below:

  _____

1b. Indicate whether you are a prisoner or other confined person as follows:

  ✓ Pretrial detainee

  ___ Civilly committed detainee

  ___ Immigration detainee

  ___ Convicted and sentenced state prisoner

  ___ Convicted and sentenced federal prisoner.

  ___ Other: (please explain) _____

2. Previously Dismissed Federal Civil Actions or Appeals

  If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted,

will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

a. Parties to previous lawsuit: N/A

Plaintiff(s): _____

Defendant(s): _____

b. Court and docket number: _____

c. Grounds for dismissal:   ___ frivolous   ___ malicious
   ___ failure to state a claim upon which relief may be granted

d. Approximate date of filing lawsuit: _____

e. Approximate date of disposition: _____

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3. Place of Present Confinement? Hudson County Correctional facility, NoJ

4. Parties:

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.)

a. Name of plaintiff: Desmond A Albright
   Address: 35 Hackensack Ave
   Inmate#: 376543

b. First defendant:
   Name: Elon Musk
   Official position: Owner of company - SpaceX
   Place of employment: 1 Rocket Rd, Hawthorne, CoA 90250

   How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?

Upon conducting space flight, defendant facilitated, copied, utilized, manipulated, mis-use, unauthorize, a copyright reserved Invention, patent, process, and Idea Act, process, Idea, specifically, is the act/process/Idea known as LeavEarth.

c. Second defendant:

Name: National Aeronautical Space Administration

Official position: Aeronautical Space Administration

Place of employment: 2 Constitution Ave, Washington, D.C. 20003

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

the mis-use of a copyright reserved, patent, function and process, after sent notification of owner proprietorship and specifics of operation action, as well as a request to cease and desist, failure to reply or comply denied right of due process and resulted in the act of copyright infringement.

d. If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

5. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

✓ Yes   ___ No

If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

A cease and desist procedural reprimandum was sent to all parties involved, further a request for conference of mediation was sent to each defendant requesting payment of fee for use of said process; all went neglected and ignored.

Party's Additional Noted Address

RECEIVED
JUN 25 2025
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

3) Federal Aviation Administration
 < 800 Independence Ave, Washington, D.C. 20591
After failing to reply, meet, or confer to a request for mediation, or conference, and after being notified of the wrongdoing being committed, under the authoritive supervision of Aviation authority. Defendant involved proceeded to allow, and continue allowance of the mis-use, the unauthorized administration of A copy right reserved patent, idea, process, and act, Owned by Mr. Desmond Alex Albright. The process, act, action, idea specifically is one known as "LeavEarth". Failure to abbide, cease and desist, prior to failed reply for conference request led to multiple violations.

4) SpyceX - < Aeronautical Space Exploration Company>
 < 1 rocket Rd, Hawthorne, C.A 90250
After failing to reply, meet, or confer to a request for mediation, or conference, and after being notified of the wrongdoing being committed, under the authoritive supervision of aviation authority. Defendant involved proceeded to allow, and continue allowance of the mis-use, the unauthorized administration of a copy right reserved patent, idea, process, action. Owned by Mr. Desmo Albright. The process, idea, action specifically is one known as "LeavEarth". Failure to abbide cease and desist order, prior to failed reply for conference request led to multiple violations.

5) United States of America (territorial Providence) Attn/ Pam Bondi
 < 950 Pennsylvania Ave., Washington, D.C 20530

As a federation of States forming a nation in a specified territory, the 1617 creation warranted a systematic means of authority over such amenities as transportation, boarders, the bounds, confinement, limits, and space accordingly. Due to the constitues, constitues authoritive methods of travel, distance traveled, boarders set, toll collected, being the space magisterial, measuring distance in feet, yards, inches, miles, the process own by, and patented by Mr. Desmond Albright was used, manipulated, utilized, employed, applied without permission, payment, authorization, etc. The process specifically; a patent process known as LeavEarth.

6) Bradley Mims <Director of National Aeronautical Space Administra, <2 constitution Ave, Washington. D.C. 20003 On the date of March ___, 2025, the defendant(s) had knowledge of, and authoritive postion over the use of said process, as well as an occupational duty to secure, observe, administer, authorize, legit, rightfully use of said process. All went ignored and Madwseed. After failing to reply, meet, or confer to a request for medration, or conference. After being notified of the wrong doing, unauthorized use of the mentioned process being committed, under the authoritive supervision of the National Aeronautical Space Administration, and being the Director of it. Defendant involved preceeded to allow;

deceitful regulatory constant, use of a/the copyright reserved patent, idea, process, and action, owned by Mr. Desmond Albright. The copyright reserved process, idea, action, patent specifically is one known and registered as "LeavEarth". Failure to abide cease and desist order prior to failed reply for request of conference, mediation, consultancy, etc. led to multiple violations starting with, and with the coherecment of copyright infringement.

and continue allowance of the mis-use, unauthorized administration, deceitful regulatory constant, use of a/the copyright reserved patent, idea, process, and action owned by Mr. Desmond Albright. The copyright reserved process, idea, and action specifically being one known and registered as "LeavEarth". Failure to abide cease and desist order, prior to failed reply for request of conference, mediation, consultancy, etc. led to multiple violations. Starting with copyright infringement.

7) Ken Bowersox (Mission Director of the National Aeronautic Space Admin< 2 constitution Ave washington, D.C 20003
The defendant had knowledge of; authoritive position over; and occupational duty to uphold rightfully administration of a process, and or a group of actions. The group of actions specifically is a/the steps to a copyright reserved patent. The defendant has an occupational duty to observe, secure payment for use, authorize rightfull use, and administering due to. All went ignored and illadvised. After failed reply for request to confer, mediate, meet, to discuss specifics of granted use. After being notified of the wrong doing, unauthorized use of mentioned process, idea, action, under his/the authoritive supervision, and guidence, of the National Aeronautical, Space Administration, under his direction. Defendant involved proceeded to allow and continue allowance of miss-use, unauthorized administration,

If your answer is "No," briefly explain why administrative remedies were not exhausted.

_____
_____
_____

6. Statement of Claims

(State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Also include the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

Breach of patent laws - was committed by each defendant. On the date of March ___, 2025 - at 7:03 pm, The entity known as Aeronautical company SpaceX, as well as the National Aeronautical Space Administration, as well as remaining defendants proceeded to utilize, use, manipulate, duplicate, and benefit from mis-use and unauthorized administration of my/A patented and patent law protected process. A process specifically called "LeavEarth". "LeavEarth" is specifically the act of, and process of taking an aeronautical vessel, vestibule, detachable compartment, planetary defense mechanism, device(s), pass, or, or and through the stratosphere of the sides surface of a celestial body known as a Relief planet.

7.

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

would ask the magistrate judge to grant the monetary relief, and statutory damage in the value of the mandated fee of use of the patent process. The process known as "LeavEarth" has a standard fee of use of forty Millions dollars (USD) per use of process. specifically set by I, the process owner.